# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| David Meyers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00104-DCC-KFM |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Freeman | ) | |
| FNU Honeycutt | ) | |
| Joshua Sigmon | ) | |
| Amy Jenkins | ) | |
| FNU Marshall | ) | |
| Alexander Correctional Institute Staff | ) | |
| and Nurses | ) | |
| FNU Moss | ) | |
| NCDPS-N.C.D.A.C. Prisons | ) | |
| FNU Davis | ) | |
| FNU Hester | ) | |
| FNU Hester | ) | |
| FNU Harold, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2024 Order.

April 29, 2024

Katherine Hord Simon, Clerk
United States District Court